## Marcus THREADGILL *v.* STATE of Arkansas

CR 00-758                                    20 S.W.3d 412

Supreme Court of Arkansas
Opinion delivered July 13, 2000

Arkansas Public Defender Comm'n, by: *Latrece Gray*, for appellant.

No response.

PER CURIAM. Petitioner, Marcus Threadgill, by his attorney, Latrece Gray, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on her part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.